

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2013

No. 04-13-00093-CV

Arthur **RAKOWITZ**,
Appellant

v.

**BEXAR COUNTY SHERIFFS DEPT.**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-01314
Honorable Barbara Hanson Nellermoe, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on June 5, 2013.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2013.

_____
Keith E. Hottle, Clerk